DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD RAMOS,

Appellant,

v.

KRYSTAL RAMOS,

Appellee.

No. 2D2023-0488
_____

May 3, 2024

Appeal from the Circuit Court for Manatee County; Teri Kaklis Dees, Judge.

Brandon S. Vesely of The Florida Appellate Firm, P.A., St. Petersburg, for Appellant.

Michael Gulisano of Gulisano Law, PLLC, Boca Raton, for Appellee.


PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LaROSE, JJ., Concur.
_____

Opinion subject to revision prior to official publication.